UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 15, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HARMNDER SINGH PHAGURA,

Defendant.

Case No. 2:15-mj-00079-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HARMNDER SINGH PHAGURA , Case No. 2:15-mj-00079-EFB from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $    100,000, co-signed by Navneet Phagura and Manny Phagura.

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X     (Other): Pretrial Services conditions. Unsecured bond to be replaced by a $100,000 property bond filed within 10 days.

Issued at Sacramento, California on April 15, 2015 at 2:45 PM

By: _____

Magistrate Judge Carolyn K. Delaney